DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
FOURTH DISTRICT

**CHRISTINE RATHBURN,**
Appellant,

v.

**RANDY RATHBURN,**
Appellee.

No. 4D19-1925

[October 22, 2020]

Appeal from the Circuit Court for the Nineteenth Judicial Circuit, St. Lucie County; Victoria L. Griffin, Judge; L.T. Case No. 562015DR003228.

Lyman S. Bradford, IV, of The Law Office of Lyman S. Bradford, IV, West Palm Beach, for appellant.

Sue-Ellen Kenny and Scott D. Glassman of Law Office of Scott Glassman, P.A., West Palm Beach, for appellee.

PER CURIAM.

*Affirmed.*

GROSS, MAY and KUNTZ, JJ., concur.

\*　　\*　　\*

***Not final until disposition of timely filed motion for rehearing.***